## S. S. Berry, Appellant, v. W. H. Hewitt, Appellee.

## Gen. No. 23,850.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY P. DOLAN, Judge, presiding.   Heard in this court at the October term, 1917.   Affirmed.   Opinion filed March 25, 1918.

### Statement of the Case.

Action by S. S. Berry, plaintiff, against W. H. Hewitt, defendant, on a written contract for real estate broker's commissions.   From a judgment for defendant, plaintiff appeals.

EDWARD DROBNIS and LEO J. KRAMER, for appellant.

HENRY N. MILLER, for appellee; JOHN S. BURCHMORE, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1.   BROKERS, § 36*—*when commission not earned.*   Under a written contract for broker's commissions providing that it is understood that in consideration of the procurance of a purchaser and the deal going through, a specified commission will be paid the broker, a commission is not earned if the deal does not go through.

2.   BROKERS—*oral modification of written agreement for commissions.*   A written agreement for the payment of real estate broker's commissions cannot be modified by the oral contemporaneous statements of the parties.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.